1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Frutoso Mendoza, Defendant.

Case No. 2:15cr 00334 PSG 10

ORDER OF DETENTION AFTER
HEARING (Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of
Probation/Supervised Release
Conditions)

On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will

reasonably assure:

    ☒    the appearance of defendant as required; and/or

    ☒    the safety of any person or the community.

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on:

instant allegations

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on:

instant allegations

IT IS THEREFORE ORDERED that the defendant be detained.

Dated:  3/29/23

Rozella a Ol

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE